# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved December 27, 2020, as Public Law 116-260, div. F, tit. II, 134 Stat. 1452, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain border barrier, including gates and power to operate such gates as well as roads that will be required to construct, operate, and maintain the border barrier.

# SCHEDULE C

## SCHEDULE C

## LEGAL DESCRIPTION

Starr County, Texas

**County:** Starr
**Grantor:** David Guerra, The Unknown Heirs of Amado Villarreal, Elia R. Recio
& Irma Idalia Ramos
**Acreage:** 1.972

**Being** a 1.972 acre (85,880 square feet) parcel of land, more or less, being out of the Nicolas Vela Survey, Abstract No. 179, Porción 82, ancient jurisdiction of Camargo, Mexico, now Starr County, Texas, being out of Share 70-B and Share 115 as described in the Certified Copy of Final Judgement recorded in Volume 133, Page 1, Deed Records of Starr County, Texas, and being out of a called 9.81 acre tract conveyed to Tiburcia G. Ramirez by Partition Deed recorded in Volume 843, Page 622, Official Records of Starr County, Texas (Tract No. 1), said parcel of land being more particularly described by metes and bounds as follows;

**Beginning** at a found 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8004-2-1=8006-1-1" for an easterly interior corner of Tract RGV-RGC-8041, said point being at an easterly interior corner of the 9.81 acre Tiburcia G. Ramirez tract, a northerly interior corner of Share 70-B, and the southwest corner of a called 7.000 acre tract conveyed to Carmen S. Gonzalez by Special Warranty Deed recorded in Volume 1083, Page 784, Official Records of Starr County, Texas (Share 118-B), said point having the coordinates of N=16648030.105, E=892168.691, said point bears N 63°30'11" W, a distance of 1787.27' from United States Army Corps of Engineers Control Point No. SS14-2019;

**Thence:** S 79°02'46" E (S 78°43'23" E, Record), with the north line of the 9.81 acre Tiburcia G. Ramirez tract, a northerly line of Share 70-B, and the south line of the 7.000 acre tract, for a distance of 56.75' (56.75', Record), to an 8" wood fence post for an easterly exterior corner of Tract RGV-RGC-8041, said point being at an easterly exterior corner of the 9.81 acre Tiburcia G. Ramirez tract and the northwest corner of a called 9.81 acre tract conveyed to Rolando A. Ramirez by Partition Deed recorded in Volume 843, Page 622, Official Records of Starr County, Texas (Tract No. 2), said point being in the north line of Share 70-B and the south line of the 7.000 acre tract;

**Thence:** S 08°47'28" W (S 09°06'51" W, Record), departing the north line of Share 70-B and the south line of the 7.000 acre tract, with the east line of the 9.81 acre Tiburcia G. Ramirez tract and the west line of the 9.81 acre Rolando A. Ramirez tract, for a distance of 130.27' to a found 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8004-2-3=8009-4" for the southeast corner of Tract RGV-RGC-8004-2-3=8009-4" for the southeast corner of Tract RGV-RGC-8041, said point being in the east line of the 9.81 acre Tiburcia G. Ramirez tract and the west line of the 9.81 acre Rolando A. Ramirez tract;

**SCHEDULE C (Con't)**

**Thence**: departing the west line of the 9.81 acre Rolando A. Ramirez tract, over and across the 9.81 acre Tiburcia G. Ramirez tract, the following courses and distances:

- N 48°25'55" W, passing at 390.94' the north line of Share 70-B and the south line of Share 115, continuing for a total distance of 460.23' to a found 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8004-2-4" for angle in the southwest line of Tract RGV-RGC-8041;

- N 32°55'35" W, for a distance of 185.51' to a found 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGV-8004-2-5=8007-2" for the northwest corner of Tract RGV-RGC-8041, said point being in the north line of the 9.81 acre Tiburcia G. Ramirez tract, the north line of Share 115, and the south line of a called 9.664 acre tract conveyed to Pedro Ramirez, Federico Ramirez, Eusebio Ramirez de Garcia, Maria Ramirez de Lopez and Juan Ramirez Vela by Certified Copy of Final Judgement recorded in Volume 133, Page 1, Deed Records of Starr County, Texas (Share 107-B);

**Thence**: S 80°39'00" E (S 80°58'51" E, Record), with the north line of the 9.81 acre Tiburcia G. Ramirez tract, the north line of Share 115, and the south line of the 9.664 acre tract, passing at 257.25' the southeast corner of the 9.664 acre tract and the southwest corner of a called 0.115 acre tract conveyed to Maria C. Vela by Warranty Deed recorded in Volume 369, Page 577, Deed Records of Starr County, Texas, continuing for a total distance of 287.17' to a found 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8004-2-6=8008-3" for the north corner of Tract RGV-RGC-8041, said point being in the north line of the 9.81 acre Tiburcia G. Ramirez tract, the north line of Share 115, and the south line of the 0.115 acre tract;

**Thence**: S 47°40'04" E, departing the north line of Share 115 and the south line of the 0.115 acre tract, over and across the 9.81 acre Tiburcia G. Ramirez tract, for a distance of 202.18' to a found 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8004-2-7=8006-1-2" for the northeast corner of Tract RGV-RGC-8041, said point being in the east line of the 9.81 acre Tiburcia G. Ramirez tract, the east line of Share 115, and the west line of the 7.000 acre tract;

**Thence**: S 09°35'56" W (S 09°55'00" W, Record), with the east line of the 9.81 acre Tiburcia G. Ramirez tract, the east line of Share 115, and the west line of the 7.000 acre tract, passing at 64.14' the southeast corner of Share 115 and a northerly exterior corner of Share 70-B, continuing for a total distance of 140.71' to the Point of Beginning.

**Note:** All bearings, distances and coordinates are referenced to the Texas State Plane Coordinate System, South Zone grid (SPCS 4205) NAD'83. Values may be converted to ground values using a combined scale factor of 1.000040000.

# SCHEDULE D

**SCHEDULE D**

MAP or PLAT

LAND TO BE CONDEMNED



## SCHEDULE D (Cont.)



| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|------|---------|----------|-------------|--------------|
| L1 | N 63°30'11" W | 1787.27' | N/A | N/A |
| L2 | S 79°12'46" E | 56.75' | S 78°43'23" E | 56.75' |
| L3 | S 08°47'28" W | 130.27' | S 09°06'51" W | N/A |
| L4 | N 48°25'55" W | 460.23' | N/A | N/A |
| L5 | N 32°55'35" W | 185.51' | N/A | N/A |
| L6 | S 80°39'00" E | 287.17' | S 80°58'51" E | N/A |
| L7 | S 47°40'04" E | 202.18' | N/A | N/A |
| L8 | S 09°35'56" W | 140.71' | S 09°55'00" W | N/A |

**COORDINATE TABLE**

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|--------------|----------|---------|---------------|
| 1 | 16648030.105 | 892168.691 | RGV-RGC-8004-2-1=8006-1-1 |
| 2 | 16648019.321 | 892224.407 | RGV-RGC-8004-2-2=8009-5 |
| 3 | 16647890.577 | 892204.497 | RGV-RGC-8004-2-3=8009-4 |
| 4 | 16648195.942 | 891860.170 | RGV-RGC-8004-2-4 |
| 5 | 16648351.652 | 891759.335 | RGV-RGC-8004-2-5=8007-2 |
| 6 | 16648304.997 | 892042.691 | RGV-RGC-8004-2-6=8008-3 |
| 7 | 16648168.843 | 892192.154 | RGV-RGC-8004-2-7=8006-1-2 |

**LEGEND**

● 5/8" REBAR W/ "MDS" CAP FOUND
○ 8" WOOD FENCE POST
△ CONTROL POINT
⊙ FOUND MONUMENT
⦶ UTILITY POLE
⊸ GAS LINE SIGN

──────── ACQUISITION BOUNDARY
──·──·──·── ADJOINING ACQUISITION BOUNDARY
──HE── OVERHEAD ELECTRIC
──PL── PROPERTY LINE
──x──x──x── WIRE FENCE
──GAS── UNDERGROUND GAS LINE
(#) SEE SHEET 5

DRSC   DEED RECORDS OF STARR COUNTY
IRF    IRON ROD FOUND
ORSC   OFFICIAL RECORDS OF STARR COUNTY
PG     PAGE
POB    POINT OF BEGINNING
VOL    VOLUME

_NOTES:_

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID x 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 08/20/2019.
6. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.
7. THE NATURAL GAS PIPELINES SHOWN HEREIN ARE APPROXIMATE AND ARE BASED ON GIS DATA.
8. TITLE RESEARCH WAS PROVIDED BY ORB-PLS, LLC (DATED JUNE 27, 2023).



**MDS LAND SURVEYING COMPANY, INC.**
ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
Texas BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10194600
874-WHEPFIN ROAD, SUITE 104 - KERRVILLE, TX 78028 - 830-456-3618

| METES & BOUNDS SURVEY | | |
|---|---|---|
| DAVID GUERRA, ET AL | | |
| TRACT No. RGV-RGC-8041 | | |
| STARR COUNTY | | TEXAS |

GRANTORS:
DAVID GUERRA, THE UNKNOWN HEIRS OF AMADO VILLARREAL, ELIA R. REDD & IRMA IDALIA RAMOS

| | | BY | DATE |
|---|---|---|---|
| Drawn | LMK | 3/24 |
| Checked | LMK | 3/24 |
| Surveyor | JOB | 3/24 |
| Fld. Bk. # | 185/186-74-86 |



ENGINEERING, INC.
608 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2086
(FAX) 501-767-0056
pickwi...j nfo@bnfeng.com

U.S. Army Corps of Engineers

CONTRACT No. W9127S-14-D-0013
T.O.: W9127S-18-F-0130

MDS PROJ. No. 23-800-00   FILE NAME: RGV-RGC-8041   DATE: 2/3/2024

Drawing Ref. No. SHEET 4 of 7

## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



Tract:  RGV-RGC-8041
Owner:  David H. Guerra, *et al.*
Acreage:  1.972

# SCHEDULE E

**SCHEDULE E**

ESTATE TAKEN

Starr County, Texas

Tract:  RGV-RGC-8041
Owner:  David H. Guerra, *et al.*
Acres:  1.972

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of land described as Share 70-B and Share 115 in Final Judgment – Cause No. 2082 recorded in Deed Records of Starr County, Texas on 6 May 1944, volume 133, page 1, document number 1944-21237, and Tract 2 in Partition Deed recorded in Deed Records of Starr County, Texas on 14 September 1999, volume 843, page 622, document number 1999-204987, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below.

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

## SCHEDULE E (Cont.)



# SCHEDULE F

## **SCHEDULE F**

<u>ESTIMATE OF JUST COMPENSATION</u>

The sum estimated as just compensation for the land being taken is THIRTY-SIX THOUSAND NINE HUNDRED THIRTY-NINE DOLLARS AND NO/100 ($36,939.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **David H. Guerra**<br>████████████<br>McAllen, TX ████ | Certified Copy of Final Judjment (sic), Cause No. 2082, Document No. 1944-21237, recorded on May 17, 1944, in the Official Public Records of Starr County, Texas.<br><br>Warranty Deed, Document No. 1945-23499, recorded on October 2, 1945, in the Official Public Records of Starr County.<br><br>Warranty Deed, Document No. 1950-31211, recorded May 1, 1950, in the Official Records of Starr County, Texas.<br><br>Warranty Deed, Document No. 1952-35280, recorded on April 3, 1952, in the Official Records of Starr County, Texas.<br><br>Warranty Deed, Document No. 1955-42494, recorded on October 11, 1955, in the Official Public Records of Starr County, Texas.<br><br>Affidavit of Heirship, Cause No. 1027, recorded on January 16, 1964, in the Official Public Records of Starr County, Texas.<br><br>Last Will and Testament of Louise Thompson Guerra, Cause No. 1785, recorded on October 18, 1983, in the Official Public Records of Starr County, Texas. |

| | |
|---|---|
| **Unknown Heirs of Amado Villarreal**<br><br>**Unknown Heirs of San Juana Ramirez**<br><br>**Unknown Heirs of Nicasio Villarreal** | Certified Copy of Final Judjment (sic), Cause No. 2082, Document No. 1944-21237, recorded on May 17, 1944, in the Official Public Records of Starr County, Texas. |
| **Noelia Villarreal**<br><br>Mission, TX | Special Warranty Deed, Document No. 2004-237896, recorded on April 28, 2004, in the Official Public Records of Starr County, Texas. |
| **Guadalupe Villarreal**<br><br>Waukesha, WI | Special Warranty Deed, Document No. 2004-237897, recorded on April 28, 2004, in the Official Public Records of Starr County, Texas. |
| **Maria de Carmen Suniga**<br><br>Houston, TX | Special Warranty Deed, Document No. 2004-237898, recorded on April 28, 2004, in the Official Public Records of Starr County, Texas. |
| **Cristela Gutierrez**<br><br>Houston, TX | Special Warranty Deed, Document No. 2004-237899, recorded on April 28, 2004, in the Official Public Records of Starr County, Texas. |
| **Perla Diaz**<br><br>Willmar, MN | Special Warranty Deed, Document No. 2004-237900, recorded on April 28, 2004, in the Official Public Records of Starr County, Texas. |
| **Sofia Diaz Evans**<br><br>Willmar, MN | Special Warranty Deed, Document No. 2004-237901, recorded on April 28, 2004, in the Official Public Records of Starr County, Texas. |
| **Adan Diaz**<br><br>Weslaco, TX | Special Warranty Deed, Document No. 2004-237902, recorded on April 28, 2004, in the Official Public Records of Starr County, Texas. |
| **Maria Eva D. Reyes**<br><br>Arden, NC | Special Warranty Deed, Document No. 2004-237903, recorded on April 28, 2004, in the Official Public Records of Starr County, Texas. |
| **Arturo Diaz, Jr.**<br>Mercedes, TX | |



| | |
|---|---|
| **Enedelia Diaz** <br><br> Weslaco, TX | Special Warranty Deed, Document No. 2004-237904, recorded on April 28, 2004, in the Official Public Records of Starr County, Texas. |
| **Noemi Cerda Moncevais** <br><br> Kingsville, TX | Special Warranty Deed, Document No. 2004-237905, recorded on April 28, 2004, in the Official Public Records of Starr County, Texas. |
| **Guadalupe Cerda Espinoza** <br><br> Kingsville, TX | Special Warranty Deed, Document No. 2004-238695, recorded on June 4, 2004, in the Official Public Records of Starr County, Texas. |
| **Lydia Cerda Mireles** <br><br> Kingsville, TX | Special Warranty Deed, Document No. 2004-238696, recorded on June 4, 2004, in the Official Public Records of Starr County, Texas. |
| **Leonor Vasquez Muñoz** <br><br> Austin, TX | Special Warranty Deed, Document No. 2010-257790, recorded on July 13, 2006, in the Official Public Records of Starr County, Texas. |
| **San Juana Arrisola** <br><br> Copperas Cove, TX | Deed, Document No. 2021-360958, recorded on March 23, 2021, in the Official Public Records of Starr County, Texas. |
| **Oralia Medrano** <br><br> Kingsville, TX | |
| **Graciela V. Salinas** <br><br> Kingsville, TX | |
| **Ester Vasquez Garcia Lopez** <br><br> Corpus Christi, TX | |
| **Daniel Cerda** <br><br> Corpus Christi, TX | |
| **Jose Angel Cerda** | |

Kingsville, TX ■■■

**Henry Cerda**
■■■■■■
Kingsville, TX ■■■

**Edelmira Moya Vasquez**
■■■■■■■
Kingsville, TX ■■■

**Melody Saldana**
■■■■■
Kingsville, TX ■■■

**Emily Ann Vasquez**
■■■■■■
Kingsville, TX ■■■

**Celestina Vasquez**
■■■■■■
Kingsville, TX ■■■

**Joseph Michael Flores**
Address Unknown

**Reynaldo Rodriguez**
Address Unknown

**Guadalupe Rodriguez**
■■■■■
Mercedes, TX ■■

**Noelia Ruiz**
■■■■
Donna, TX ■■

**Rosa Maria Mebane**
■■■■■■
Corpus Christi, TX ■■■

**Maria Elena de los Santos**
■■■■

Weslaco, TX ▇▇▇

**San Juanita Rivera**
▇▇▇▇▇▇▇▇▇
Logan, UT ▇▇▇

**Amado Rivera Villarreal**
▇▇▇▇▇▇▇▇▇
Weslaco, TX ▇▇▇

**Juan Rivera**
Address Unknown

**Ramiro Rivera**
▇▇▇▇▇▇▇▇▇
Willmar, MN ▇▇▇

**Sylvia Rivera**
▇▇▇▇▇▇▇▇▇
Mercedes, TX ▇▇▇

**Cheryl M. Rivera**, Life Estate
▇▇▇▇▇▇▇▇▇
Willmar, MN ▇▇▇

**Ramon Eric Rivera, III**
▇▇▇▇▇▇▇▇▇
Willmar, MN ▇▇▇

**Ramiro M. Rivera**
▇▇▇▇▇▇▇▇▇
Pennock, MN ▇▇▇

**Sylvestra I. Rivera**
▇▇▇▇▇▇▇▇▇
Willmar, MN ▇▇▇

**Hilaria H. Rivera**, Life Estate
▇▇▇▇▇▇▇▇▇
Holland, MI ▇▇▇

**Eduardo Rivera, Jr.**

Holland, MI

**Juan Antonio Rivera**

Willmar, MN

**Juanita Rivera**

Holland, MI

**Hilaria Rivera**

Canby, MN

**Amado Rivera**

Holland, MI

**Barbara L. Rivera**

Holland, MI

**Rogelio R. Rivera**

Bowling Green, FL

**Arnulfo Rivera**
  Address Unknown

**Jose L. Rivera**
  Address Unknown

**Elisa Rivera**, Life Estate

Bowling Green, FL

**Jose Angel Rivera, Jr.**

Bowling Green, FL



**Michelle L. Rodriguez**

Bowling Green, FL

**Louisa A. Juarez**

Bowling Green, FL

**Samuel Rivera**

Zolfo Springs, FL

**Rainaldo Rivera**
Address Unknown

**Gloria Rivera**

Pleasanton, TX

**Victor Rivera**

Alamogordo, NM

**Mary L. Sikes Rivera,** Life Estate

Grand Rapids, MI

**Daniel Rivera, Jr.**

Bitely, MI

**Ricardo Rivera**

Grand Rapids, MI

**Alisha A. Rivera**

Grand Rapids, MI

**David J. Rivera**

Montevideo, MN

| | |
|---|---|
| **Odelia Rivera**<br><br>Americus, GA | |
| **Irene Rivera**<br>Address Unknown | |
| **Maria Emelda Rivera**<br><br>Bowling Green, FL | |
| **Christina Gonzalez**<br><br>Winter Haven, FL | |
| **Unknown Heirs of Angelita Villarreal Rivera** | |
| **Elia R. Recio**<br><br>Rio Grande, TX<br><br>**Irma Idalia R. Ramos**<br><br>Rio Grande City, TX | Deed, Document No. 1999-202598, recorded on April 15, 1999, in the Official Public Records of Starr County, Texas.<br><br>Deed of Gift, Document No. 1999-204596, recorded on August 19, 1999, in the Official Public Records of Starr County, Texas.<br><br>Partition Deed, Document No. 1999-204987, recorded on September 14, 1999, in the Official Public Records of Starr County, Texas.<br><br>Deed of Gift, Document No. 1999-204996, recorded on September 15, 1999, in the Official Public Records of Starr County, Texas.<br><br>Final Judgment, Document No. 1999-218324, recorded on October 9, 2001, in the Official Public Records of Starr County, Texas. |

| | |
|---|---|
| | Special Warranty Deed, Document No. 2002-223920, recorded on July 16, 2002, in the Official Public Records of Starr County, Texas.<br><br>Affidavit, Document No. 2022-372834, recorded on November 22, 2022, in the Official Public Records of Starr County, Texas.<br><br>Warranty Deed, Document No. 2024-381582, recorded on March 27, 2024, in the Official Public Records of Starr County, Texas.<br><br>Warranty Deed, Document No. 2024-381583, recorded on March 27, 2024, in the Official Public Records of Starr County, Texas. |
| **Ernesto Gonzalez, Jr.**<br><br>Rio Grande City, TX | Deed of Gift, Document No. 2022-371982, recorded October 13, 2022, in the Official Records of Starr County, Texas.<br><br>Deed of Gift, Document No. 2022-372077, recorded on October 19, 2022, in the Official Public Records of Starr County, Texas. |
| **Ameida Salinas**<br>Starr County Tax Assessor-Collector<br>100 N. FM 3167, Room 201<br>Rio Grande City, Texas  78582 | Account No.: 12717, 12738, 27573, 79123, 77868. |