United States District Court
Southern District of Texas
**ENTERED**
September 15, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:25-CV-00120 |
| | § | |
| 1.972 ACRES OF LAND, MORE OR LESS, *et al.*, | § § § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the July 8, 2025, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge J. Scott Hacker. (Dkt. No. 98). Judge Hacker made findings and conclusions and recommended that Plaintiff's Motion for an Order of Immediate Possession, (Dkt. No. 25), be granted, (Dkt. No. 98).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Judge Hacker's M&R, (Dkt. No. 98), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(2) Plaintiff's Motion for an Order of Immediate Possession, (Dkt. No. 25), is **GRANTED**.

It is SO ORDERED.

Signed on September 15, 2025.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**